[No. 71865-7-I.   Division One.   June 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN LLOYD KIRK, *Appellant*.

*Reversed* and *remanded* by unpublished per curiam opinion.

[No. 72056-2-I.   Division One.   June 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAN ISACK YUSUF, *Appellant*.

*Affirmed* by unpublished per curiam opinion.

[No. 72418-5-I.   Division One.   June 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN L. SCHULZE, *Appellant*.

*Remanded with instructions* by unpublished per curiam opinion.

[No. 45767-9-II.   Division Two.   June 16, 2015.]

*In the Matter of the Marriage of* ANTONIO JOSE CARRASCO, *Appellant*, and ANNA MARIE CARRASCO, *Respondent*.

*Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Melnick, J.